IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CV-176-FL

| | |
|---|---|
| CAROLYN SAYLON, Representative of Saleh A. Saylon Estate, </br></br>          Plaintiff, </br></br>   v. </br></br>UNITED STATES OF AMERICA; CARLA STURDIVANT, Employee at the Veteran Hospital, in her individual capacity; and CHASTINA BROWN, Employee at the Veteran Hospital in her individual capacity, </br></br>          Defendants. | ORDER |

This matter is before the court on pro se plaintiff's motion for leave to proceed in forma pauperis (DE 1), objection to memorandum and recommendation (M&R), (DE 4, DE 5), and motion for extension of time to find legal representation. (DE 5). Where plaintiff has paid the filing fee in this case, the court DENIES AS MOOT plaintiff's motion for leave to proceed in forma pauperis and VACATES the M&R. The clerk is DIRECTED to file the complaint with its exhibits in the manner set forth as follows, and to issue the summons.

As noted in deficiency notice entered May 1, 2020, plaintiff did not comply with Federal Rule of Civil Procedure 5.2, regarding privacy protection, and the clerk placed exhibits B, D, and E, to the complaint under provisional seal to allow plaintiff to take corrective action. On its own initiative, the court DIRECTS the clerk to maintain exhibits B, D, and E, under seal pursuant to Rule 5.2(d).

Finally, the court construes plaintiff's motion for extension of time to find legal representation as a motion to stay the case for 30 days in order to secure counsel, where plaintiff may not be able to proceed pro se as a representative of her deceased husband's estate. For good cause shown, plaintiff's motion (DE 5) is GRANTED, and this matter is STAYED for **30 days** from the date of this order to allow plaintiff to secure counsel. Plaintiff is DIRECTED to file a notice within **30 days** specifying whether she wishes to attempt to proceed pro se or to extend the stay. In addition, the clerk is DIRECTED to send to plaintiff a pro bono letter.

SO ORDERED, this the 26th day of May, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge

2

Case 5:20-cv-00176-FL   Document 6   Filed 05/26/20   Page 2 of 2