UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CAROLYN SAYLON, ) | |
| *Representative of Saleh A. Saylon Estate* ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:20-CV-176-FL |
| UNITED STATES OF AMERICA ) | |
| Defendant ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 8, 2022, and for the reasons set forth more specifically therein, it is ordered that defendant's motion for summary judgment is GRANTED.

**This judgment Filed and Entered on July 8, 2022, and Copies To:**
Carolyn Saylon (via US mail) 2917 Meadow Mont Lane, Fayetteville, NC 28306
Sharon C. Wilson (via CM/ECF Notice of Electronic Filing)

July 8, 2022                PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                                   (By) Sandra K. Collins, Deputy Clerk